**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 18, 2015

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Eric D. Perkins
Attorney at Law
2818 S. Port, Ste. B
Corpus Christi, TX 78405
* DELIVERED VIA E-MAIL *

Hon. A. Cliff Gordon
Assistant District Attorney, Nueces County
901 Leopard Street, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Eduardo Flores Jr.
Assistant District Attorney
901 Leopard Street - Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Guy Williams
148th District Court
Nueces County Courthouse
901 Leopard - Room 903
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. David Paul Armbruster
Assistant District Attorney
901 Leopard Street, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00545-CR
Tr.Ct.No.  14-CR-687-E
Style:    The State of Texas v. James Green aka Anthony Green

The State's motion to abate appeal was this day GRANTED. Enclosed please find copy of an order issued by this Court on this date. Appellee's motion to dismiss appeal as moot has been CARRIED WITH THE CASE. The State's motion for extension to file brief was GRANTED until July 2, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    Hon. Anne Lorentzen (DELIVERED VIA E-MAIL)